IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

___

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| VS. | ) | CR. NO. 1:18-10087-STA |
| BRANDY KENITA STEED, | ) | |
| Defendant. | ) | |

___

**SECOND AMENDED ORDER ON CHANGE OF PLEA
AND NOTICE OF SETTING
(AMENDED TO CORRECT JUDGE'S INITIALS AND DATE)**

___

This cause came to be heard on April 23, 2019, Assistant United States Attorney, Jerry Kitchen, appearing for the Government and the defendant, Brandy Kenita Steed, appearing in person, and with counsel, A. Russell Larson.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 1 and 2 of the Indictment.

A basis in fact having been established, the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **TUESDAY, JULY 30, 2019 at 10:30 A.M., before Chief S. Thomas Anderson.**

Defendant is remanded to the custody of the United States Marshals.

**ENTERED** this the 24th day of April, 2019.

s/ S. Thomas Anderson
CHIEF JUDGE, U. S. DISTRICT COURT