IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 1:18-cr-10087-STA |
| ) | |
| BRANDY KENTIA STEED, ) | |
| ) | |
| Defendant. ) | |

**ORDER ON MOTION TO RESET SENTENCING HEARING**

THIS MATTER came on for consideration before the Honorable S. Thomas Anderson, Chief United States Judge, for the Western District of Tennessee, Eastern Division, upon the Motion to Reset Sentencing Hearing in the above-referenced matter.

From all of which it appears to the Court said Motion is well taken and in the interest of justice, it is hereby reset from July 24, 2019, until September 13, 2019 at 11:00 a.m.

s/S. Thomas Anderson
S. Thomas Anderson
Chief U.S. District Judge